IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| PENNY CLARK,[1] | § | |
| | § | |
| Respondent Below, | § | No. 106, 2022 |
| Appellant, | § | |
| | § | Court Below: Family Court |
| v. | § | of the State of Delaware |
| | § | |
| DIVISION OF FAMILY | § | File No. CN13-01927 |
| SERVICES, DEPARTMENT OF | § | Petition No. 22-00943 |
| SERVICES FOR CHILDREN, | § | |
| YOUTH AND THEIR FAMILIES, | § | |
| | § | |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted: July 6, 2022
Decided: August 5, 2022

## **O R D E R**

The Court issued a briefing schedule in this appeal on April 28, 2022; the appellant's opening brief was due May 31, 2022. On June 7, 2022, the Senior Court Clerk sent a brief delinquency letter to the appellant. On June 21, 2022, the Senior Court Clerk issued a notice, sent by certified mail, directing the appellant to show cause why this appeal should not be dismissed for her failure to file an opening brief and appendix. Postal records confirm that the notice to show cause was delivered on June 23, 2022. A timely response to the notice to show cause was due on or

---

[1] The Court previously assigned pseudonyms to the appellant pursuant to Supreme Court Rule 7(d).

before July 5, 2022. The appellant has not responded to the notice to show cause, nor has she filed an opening brief. Dismissal of the appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:


*/s/ Gary F. Traynor*
Justice

2